**Heninger Garrison Davis, LLC**
M. Blair Clinton (AL Bar No. ASB-1369-A51C)
*(Admitted Pro Hac Vice)*
2224 1st Avenue North
Birmingham, AL 35203
bclinton@hgdlawfirm.com
(205) 326-3336 telephone
(205) 326-3332 facsimile
*Attorney for Plaintiffs Jack Roberts
and Kay Roberts*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC<br><br>**MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS** |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364). Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

    Jack Roberts

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

    Kay Roberts

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

    N/A

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

    Georgia

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

      Georgia_____

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

      Georgia_____

7. District Court and Division in which venue would be proper absent direct filing:

    U.S. District Court for the Southern District of Georgia_____

8. Defendants (check Defendants against whom Complaint is made):

    ☑    C.R. Bard

    ☑    Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

    ☑    Diversity of Citizenship

    ☐    Other: _____

    a.    Other allegations of jurisdiction and venue not expressed in Master Complaint:

_____

_____

_____

10. Defendants' Inferior Vena Cava Filter about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

    ☐    Recovery® Vena Cava Filter

    ☑    G2® Vena Cava Filter

    ☐    G2® Express (G2®X) Vena Cava Filter

    ☐    Eclipse® Vena Cava Filter

    ☐    Meridian® Vena Cava Filter

    ☐    Denali® Vena Cava Filter

    ☐    Other: _____

11. Date of Implantation as to each product:

   December 4, 2008 _____

   _____

12. Counts in the Master Complaint brought by Plaintiff(s):

   ☑ Count I:     Strict Products Liability – Manufacturing Defect
   ☑ Count II:    Strict Products Liability – Information Defect (Failure to Warn)
   ☑ Count III:   Strict Products Liability – Design Defect
   ☑ Count IV:    Negligence – Design
   ☑ Count V:     Negligence – Manufacture
   ☑ Count VI:    Negligence – Failure to Recall/Retrofit
   ☑ Count VII:   Negligence – Failure to Warn
   ☑ Count VIII:  Negligent Misrepresentation
   ☑ Count IX:    Negligence Per Se
   ☑ Count X:     Breach of Express Warranty
   ☑ Count XI:    Breach of Implied Warranty
   ☑ Count XII:   Fraudulent Misrepresentation
   ☑ Count XIII:  Fraudulent Concealment
   ☑ Count XIV:   Violations of Applicable Georgia Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices
   ☑ Count XV:    Loss of Consortium
   ☐ Count XVI:   Wrongful Death
   ☐ Count XVII:  Survival
   ☑ Punitive Damages
   ☐ Other(s): _____ (please state the facts supporting this Count in the space immediately below)

| | |
|---|---|
| 1 | _____ |
| 2 | _____ |
| 3 | _____ |
| 4 | _____ |
| 5 | _____ |

RESPECTFULLY SUBMITTED this 18th day of July, 2017.

                                    **HENINGER GARRISON DAVIS, LLC**

                                    By:*/s/ M. Blair Clinton*
                                    M. Blair Clinton (AL Bar No. ASB-1369-A51C)
                                    (*Admitted Pro Hac Vice*)
                                    2224 First Avenue North
                                    Birmingham, Alabama 35203
                                    Telephone: (205) 326-3336
                                    Facsimile: (205) 326-3332
                                    Email: bclinton@hgdlawfirm.com

                                    *Attorney for Plaintiffs Jack Roberts*
                                    *And Kay Roberts*

## CERTIFICATE OF SERVICE

     I hereby certify that on this 18th day of July, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

                                    By: */s/ M. Blair Clinton*
                                           M. Blair Clinton